UNITED STATES DISTRICT COURT            **MAKE JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-13-6811-R                          Date: SEPT. 19, 2013

Title:  WESTBERG INVESTMENT CORP -V- LIGHT SAMPLE etc
========================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

            William Horrell                        None Present
         Courtroom Deputy                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

        None                                   None

PROCEEDINGS:      MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO
                  STATE COURT


**A district court must remand a case to state court "if at any time
before final judgment it appears that the district court lacks subject
matter jurisdiction."  28 U.S.C. 1447(c).  Because this is an unlawful
detainer action, a federal question does not present itself.  See
Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL
234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action
to state court for lack of subject matter jurisdiction where plaintiff's
complaint contained only an unlawful detainer claim).  As such,
this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**


    cc: counsel of record


MINUTES FORM 11                          Initials of Deputy Clerk ___WH____
CIVIL -- GEN